RECEIVED CASHIER
CLERK'S OFFICE USDC PR

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

PLAINTIFF, José L. Canales Cancel

V.

DEFENDANTS,

U.S.A.

Spain, The Kingdom of Spain

The Holy See, The Vatican

Great Brittain, United Kingdom
The kingdom of Great Britain

CIVIL NO. _26-cv-1269 (CvR)_

2026 MAY 6 PM 12:56

22 CFR § 95.1 - Torture and Other Forms of Cruel, Inhuman or Degrading Treatment or Punishment

18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant

31 U.S. Code § 6711 - Prohibited discrimination

42 U.S. Code § 5891 - Sex discrimination prohibited

28 U.S. Code § 4101 - Defamation

29 U.S. Code § 623 - Prohibition of age discrimination

18 U.S.C. § 242 Deprivation of Rights Under Color of Law

28 U.S. Code § 4101 - Defamation

42 U.S.C. § 1983 - Civil action for deprivation of rights

42 USC 2000dd-0: Additional prohibition on cruel, inhuman, or degrading treatment or punishment

COMPLAINT – LAWSUIT OF DAMAGES, PREDJUDICES, DISCRIMINATION AGAINST OLD PERSONS, TORTURE AND INHUMAN AND DEGRADING TREATMENT, RACIAL DISCRIMINATION, HUMAN TRAFFICKING, SLAVERY, REPRISALS AND GROSS ACTS OF INTIMIDATION AND COHERSION

I.   Statement of Jurisdiction

The plaintiff, José L. Canales Cancel, 53 years old, humbly and respectfully sumbit this complaint to The Honorable Court, pro se , asking for appropriate pro bono attorney representation, without payment of fees and costs according 28 U.S. Code § 1332, 28 U.S. Code § 1391. The U.S. Civil Statute under which this lawsuit is filed, Section 2340A of Title 18, United States Code, prohibits torture committed by public officials under color of law against persons within the public official's custody or control, as do the U.S. Codes included in this page. Torture is defined to include acts specifically intended to inflict severe physical or mental pain or suffering. The nature of the suit will be marked 440 other civil rights. I am indigent, documents will also be sent to 1600 Pennsylvania Avenue NW Washington, DC 20500 asking and praying The Executive's assistance with the summons of the defendants and pro bono attorney representation without payment of fees and costs. Related cases, KPE2011-3569, 3:2016-cv-02609, 3:2017-cv-1668, 3:20-cv-01469, 3:21-cv-01533, 3:22-cv-01226, 22-1322, 22-1437, 22-1459 and 22-6400. Basis of jurisdiction U.S. Government defendant, citizenship of principal parties, Plaintiff, a citizen of this state; defendant, a citizens of another state, subject of a

foreign country; and foreign nation.

II. Statement of the Parties

Plantiff:

José L. Canales-Cancel
Parcelas Mora Guerrero
65 Calle 2
Isabela, Puerto Rico
00662-4144
787-219-7945

Defendant:

United States Government
1600 Pennsylvania Avenue, N.W.

Defendant:

Government of Spain
Complejo de la Moncloa, Avda. Puerta de Hierro, s/n. 28071 Madrid (España)
cartaservicios@presidencia.gob.es
Kingdom of Spain
Palacio de La Zarzuela
Carretera del Pardo s/n
28071 Madrid. España
cecom@casareal.es

Defendant:

The Holy See, The Vatican
Casa Santa Maria dell'Umiltà, Via dell'Umiltà 30, 00187, Rome, Italy
Governatorato dello Statodella Città del Vaticano 00120 Citta del Vaticano. Telephone, (39) 6
698 901 80 (39) 6 698 818 15.
E-mail address, giuridico@scv.va.
Title and name of head: Avv. Cav. Giuseppe Puglisi-Alibrandi
Telephone: (39) 6 698 901 80; (39) 6 698 818 15

Defendant:

Government of Great Britain, United Kingdom
10 Downing Street
The Kingdom of Great Britain
Buckingham Palace
London SW1A 1AA
E-mail address, royal.enquiries@royal.gsx.gov.uk

2

III. Statement of Claim(s)

The plaintiff humbly asks and prays The Honorable Court to intervene, people with disabilities, physical and emotional, like me, which is what this lawsuit is about, José L. Canales-Cancel, must not go through an adversarial procedure requesting payment for disability. After September 1, 2011, I was not able to work, after the wrongful, retaliatory, and discriminatory termination of employer AEELA, the United Auto Workers Union and the entire Rama Judicial have accounts in that institution, as well as other federal employees and local government employees. After 2012 I began to research, and became aware that the Family was always under intensive surveillance because my Mother's date of birth is July 1, 1935, The 14th Dalai Lama's birth date is July 6, 1935, Pope Francis date of birth is December 17, 1936, my Father's date of birth is December 17, 1937, Y.M. King Juan Carlos I of Spain birth date is January 5, 1938. My parents are deceased. I was born May 3, 1972. In 1972 also was already in course The Tutankhamun Exhibition at the British Museum in March 22, 1972.

In August 2014, the lawsuit for the complaint presented on the courts is pending, correct payment for all acts of Torture, cruel, inhuman, and degrading treatment, and punishment. My maternal Grandfather was a proprietor, as described in the 1940 census, He was assassinated by a member of a trade union, the trade union at that time and present had and have interest and dealings with the government, properties and land were seized by the government, and the family was deprived of all that was our patrimony. The government and many organizations were already involved.

Tribunal Courts of Honor have long been abolished, and archaic cruel chivalry concepts and inquisitions are long left in the past. There are persons everywhere, no matter the position they have. Functionaries in government that look out for themselves and each other they depend on that damage people not involved with them should be exercising their careers where they do not harm other people. Functionaries in government here and in organizations included in this claim selectively and in a criminally discriminatory manner have been imposing unreasonable eligibility conditions, encouraged by a handful of prominently connected and retaliatory peers like them and a lengthy process of torture, cruel, inhuman, and degrading treatment, of which there is plenty of documentation, and some documentation that, because of constant unlawful intervention in every aspect of my life, has been lost or are absent from what has been brought to the attention of functionaries dealing with this matters.

On February 16, 2015 I wrote a letter to the incumbet President of the United States, the actual President was Vice President that term. I submitted documentation related to the acts of torture, cruel and inhumane and degrading treatment through the facebook page at that time of The White House, the page was removed when the administration changed. Barack H. Obama II is a Nobel Peace prize, same as the 14th Dalai Lama. The actual President was conferred The Presidential Medal of Freedom with distinction. I made the first complaint to the United Nations on July 7, 2015, to the Office of the High Commissioner for Human Rights. On August 19, 2018 I wrote to The Royal House of Spain, because of all the symbolic things that have affected us for more than 100 years, I am still communicating with The Royal House of Spain, The Vatican and the United Nations. There should be no more reprisals, from no one on the government, anywhere. On April 12, 2014 I wrote to the Civil Rights Division of the U.S. Dept. of Justice. On July 14, 2014 I contacted the International Court of Justice. On February 16, 2015, I wrote to the then President of the United States, the actual President of The United States was Vice Presitent in February 16, 2015. On July 5, 2015 I made the first human rights complaint to the office of the High Commissioner of Human Rights in the United Nations. On or about October 7, 2015,

3

I called the United Nations, Switzerland, trying to reach for an officer, the call was transferred to Carlos de la Torre Martinez, Human Rights Officer Americas Section Field Operations and Technical Cooperation Division Office of the United Nations High Commissioner for Human Rights. On April 23, 2017, made a complaint on the United Nations system. On May 15, 2017 made a complaint on the United Nations system. On August 6, 2018, I wrote a letter, and on other instances also, to Colegio de Abogados de Puerto Rico. On Agust 19, 2018 I wrote a letter to The Royal House of Spain, Chief of the House, Don Jaime Alfonsin Alfonso. On September 12, 2018 I contacted the International Bar Association. On June 2, 2019, made a complaint on the United Nations system.

On July 4, 2019, made a complaint on the United Nations system. On September 29, 2019 made a complaint on the United Nations system, Model form for presentation of communications provided for in the optional protocol to the international covenant on civil and political rights, the convention against torture, or international convention on the elimination of all forms of racial discrimination, International Covenant on Civil and Political Rights. The convention against torture and the international convention on the elimination of all forms of racial discrimination, also mentioned, the International Covenant on Economic, Social, and Cultural Rights, Article 9, The States Parties to the present Covenant recognize the right of everyone to social security, including social insurance. Asking and praying The Court to remove references on the internet about cases under my name, I have a son who is a minor, and another who is an adult, that through the years they have been witnessing all this.

Officials in the system cannot continue victimizing me and my sons and carry out all kinds of torture procedures and other cruel, inhuman, and degrading treatment with me due to territorial disputes since 1898, the symbolic things that I have related to the Spanish Royal Family, several Royal Families in the world, Tibetan Buddhism and the Papacy in Rome, and the assassination of my Grandfather. Everyone whose rights or freedoms are violated has the right, either in person or through legally authorized representation, to complain to and have that complaint promptly reviewed in a public hearing before an independent, impartial, and competent judicial or other authority established by law, and to obtain from such an authority a decision, in accordance with law, providing redress, including any compensation due, where there has been a violation of that person's rights or freedoms, as well as enforcement of the eventual decision and award, all without undue delay.

Victims are persons who individually or collectively suffered harm, including physical or mental injury, emotional suffering, economic loss, or substantial impairment of their fundamental rights, through acts or omissions that constitute gross violations of international human rights law, or serious violations of international humanitarian law. Where appropriate, and in accordance with domestic law, the term "victim" also includes the immediate family or dependants of the direct victim and persons who have suffered harm in intervening to assist victims in distress or to prevent victimization.

A person shall be considered a victim regardless of whether the perpetrator of the violation is identified, apprehended, prosecuted, or convicted, and regardless of the familial relationship between the perpetrator and the victim.

From early in childhood, I learned to fear and lived terrified of the processes I had to witness, after my Mother and brothers came out of citings of courts, and the aftermath of what happened there, because of the inheritance of the Grandfather. I remember the names of lawyers, Piti Siordia, Cacun Arraiza, Gilberto Padró Díaz, and Díaz Porto, no one, except my Mother and my Father or others near

4

me, told me about the respect people must have when they go to court if they have to, like us. Up to this date, all kinds of lawyers just mention, among other things, what is important to them as lawyers, and have since the beginning they got in contact with my claims and complaints that are also on the United Nations, take out of context what I have mentioned that as a lawyer they studied, and know domestically I have all the right to claim, and I am entitled to have.

All jurisprudence first came from the eastern hemisphere to the western hemisphere, I am not telling anyone firsthand what everyone knows. Also, as history demonstrates, social structures should have existed to maintain a coherent order and stability among members of various groups. Matters to solve all kinds of differences and prevent abuses from members of the same group living together from different hierarchical levels. I can't ask members of the legal profession or legal administrative clerks for legal advice, if I thank someone of those clerks, as I have done, they immediately look for defects on the way people thank them, so they can make assertions on what they are doing when they do their job, I have been left in the dark, as my Family, after the syndicate member killed him. The syndicate member had a debt with my Grandfather, he left the establishment propperty of my Grandfather and came back with a pistol, and killed him. That person, beign a member of a priviledged group, should have not done that, knowing that there are methods of solving issues that does not involve killing people.

Lawyers that have been assigned pro bono to cases that I have initiated: Carlos Valdejully Sastre, who declined representation, by the reasons he stated, and also, my Father worked in factories under AFL-CIO influence, those factories made garments and some kind of handbags and bags for women, using sewing machines, and had a name of incorporation related to distinctions or condecorations of a monarchical nature or organization, where Chiefs of State recognize people of all walks of life. Also, a house in Arecibo of that last workplace under the UAW multiple contract, had another establishment near that was a business, had a mural that was painted with that same word, sastre. Hector Barreto Cintrón, who had a stomp-romp style controversy with lawyer and Judge Waleska I. Aldebol Mora, whom I briefly saw in appartment 218 of San Ferando Village complex in Carolina, after the death of Edgardo Martínez Calderón. I never spoke to her, she just looked at me for seconds. Fidel Sevillano, in that last workplace of the UAW and the lawyers, worked a woman of last names Iglesias Sevillano. Francisco Vizcarrondo, had refferences of a contractual nature of partnership, and made also pro bono representation, on indigent people, that does not have money to pay, and having money, what was more relevant was everything I did not knew, about all the things related with organizations in the world, and how government employees at all levels take advantage of vulnerable and disabled people, everywhere, and do harm to them. Linetsi Cardona Muñiz, never contacted me, as Carlos Valdejully Sastre, Valery Alicea Cáceres, had some relation with immigration processes and some things related to a partner that had something with or had reffrerences with attorney Harry Anduce, whom I heard multiple times be called on loud speakers in the HP Caribe BV limited, in Aguadilla, long before a process a client of his had, that later,was represented by another lawyer. This government people and related persons in various organizations have demonized me, since birth, and applied all kinds of things that are on the digital files, and more in every opportunity they had.

With the case of that last work place under UAW multiple contracts, also the same, people from the government, and the most dangerous, lawyers, have been doing all kinds of improper interventions and influence for ages. I have nothing to do, nor I am interested in the positions of no one, anywhere, and also, do not know and was damaged by persons related or that had knowledge of attorney Miguel Romero Lugo, they included him on one of the documents of that workplace on Octoner 2010, I had to

5

look up his name now, 05/24/2022 7:32 P.M. because his name and position was used by opportunistic people, that know things related to lawyers and their carrers, and I was not even thinking about him, just as I remember the obssesive paranoid things people of the government do with us. The Vatican, The Royal Houses of Bitain and Spain, can be summoned, and they have been aware, since at least the birth dates of my Mother and Father. Late attorney Benny Franqui Cerezo, rest in peace, had a segment in one radio program that I listened where he multiple times spoke about that last workplace under UAW multiple contracts, must had have done that because he was aware I was listening, and also I had on the computer of that workplace a notepad that when I could not talk to anyone, and that was very often, I made notes for myself, that should exist there, with all the craziness and documents I gathered because of the constant persecution about everything there, mostly with religion and what they knew about us, symbolically. Benny Franqui Cerezo was contract partner of a government oficial that works, or worked, on the Federal Disctrict Court of Puerto Rico.

Lawyer Mari Pesquera has a office that was not far from the Aguiadilla house of that government entity, and when the UAW multiple contracted employees began to make frivolous and damaging complaints, I went to his office for legal advice, He offered to write a letter when I described to him what was happening, and he told me that it seemed to him to be the wrongful torture termination process. I asked him if he was the son of late lawyer Mari Bras, and he responded affirmatively. When those government affiliated functionaries wrongfully fired me, I asked the lawyer for the deposit money he required, and he returned with a receipt, he never made a letter on my behalf, I expected those lawyers to resolve the matter with the UAW's frivolous complaining, but they did not. In my home town of Vega Baja, we had a neighbor with the last name Cantellops, and that is related to the Pesquera Family, at least distantly, and here there are groups of inffluence that with the help of government functionaries, persecute people because all the symbolic things people mean to very politically motivated persons.

In Vega Baja there was a gym, frequented by members of police, one of them was named Jesus M. Cruz Pinto, and the partner of Secretary General of the United Nations is named Vaz Pinto. Like thirty years later, radical syndicalists were at that time working side by side with lawyers in our case, across many entities, and the Pope, who was in Argentina, during the dictatorship in Chile, was constantly giving speeches about compassion, human fraternity,and recognizing and apologizing for what happens to Families like us, related symbolically to him, and asking for justice, reparation, and indemnization, like I am doing, and also social security, which has been criminally discriminatory denied. because of all the reasons forbidden.

I have used the forms and templates The Court provides, I make an impossible effort to follow rules and guidelines, without beign a lawyer, and all documents are readable.

Lawyers that so far have been involved have gravely failed, by selectively and in a criminally discriminatory manner have been imposing unreasonable eligibility conditions, encouraged by a a handful of prominently connected and retaliatory peers like them and a lenghty process of torture, cruel and inhuman and degrading treatment, of which there is plenty of documentation, and some documentation that, because of constant unlawful intervention in every aspect of my life, has been lost or is absent from what has been brought to the attention of functionaries dealing with these matters. I am not a lawyer, and I can't write as one, describing all the acts against humanity persons on the system do with me.

6

I do not have a negative impact on elections, I do not, in no way,affect the outcome of electoral processes, and persons on the system see us as some kind of amulet, or or thing that provides them the luck they need, or damage us because of the birth date of my Mother and Father that is close to the birth dates of The Dalai Lama and The Pope, and on that same line, the Father of The king of Spain.

This is a long gloomy, fateful and harmful history, that spans, as I have gathered information, trough centuries, but for our Family, at least two hundred years. Full of persecution for beliefs, and at the end of the nineteenth century, the contemporary and subtle forms of all kinds of discrimination, torture and inhuman and degrading treatment and punishments. Our Family just knew that the Grandfather was killed by a member of a syndicate here, the tronquistas, in the 1950's, and the procedure where all that was propperty of the Grandfather and the inheritance was sold or aquired by other people after he was murdered.

IV. Statement of Relief

The plaintiff, José L. Canales-Cancel, humbly asks and prays The Honorable Court in this lawsuit defendants pay $530,000,000.00 indemnization from all the damages and categories this abuses have reproduced and have had the enormous bad influence in my life and our Family.

V. Jury Demand

The plaintiff, José L. Canales-Cancel, is not asking for a Jury Trial.

Date: April 28th, 2026

Signature

Printed Name

JOSE L. CANALES-CANCEL

Address

Parcelas Mora Guerrero
65 Calle 2
Isabela, Puerto Rico, 00662-4144

Telephone Number

787-219-7945

e-Mail Address

canacancel@yahoo.com

7